IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donald R. Yeager,          :

    Plaintiff,         :

  v.                     :     Case No. 2:08-cv-1078

Commissioner of Social Security,:     JUDGE FROST

    Defendant.         :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 4, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that the case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four. Further, the plaintiff's motion for a sentence six remand is DENIED as moot.

                                /s/ Gregory L. Frost
                                GREGORY L. FROST
                                UNITED STATES DISTRICT JUDGE